FILED
SEP 19 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>TIME INSURANCE AGENCY, INC.,<br><br>    Defendant. | §§§§§§§§§§§ **A08CA 702LY**<br>Civil Action No.<br><br>COMPLAINT<br>**JURY TRIAL DEMAND** |

## NATURE OF ACTION

This is an action under Title VII of the Civil Rights Act of 1964 as amended by the Pregnancy Discrimination Act of 1978, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex, female, and to provide appropriate relief to Verenice Arce, who was adversely affected by such practices. More specifically, Equal Employment Opportunity Commission alleges that Time Insurance Agency, Inc. (hereinafter "Defendant"), failed to hire Verenice Arce because of her pregnancy when she applied for a job with Defendant.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Texas, Austin Division.

## PARTIES

3.	Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.	At all relevant times, Defendant has continuously been a been a Texas Corporation doing business in the State of Texas and the City of Austin, and has continuously had at least fifteen employees.

5.	At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.	More than thirty days prior to the institution of this lawsuit, Verenice Arce filed a charge with the Commission alleging violations of Title VII by Defendant.

7.	All conditions precedent to the institution of this lawsuit have been fulfilled.

8.	Since at least October 2007, Defendant engaged in unlawful employment practices at its Austin, Texas, facility, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a)(1) as amended by Section 701(k), 42 U.S.C. § 2000e(k). These practices include failing to hire Verenice Arce because of her pregnancy.

9.	The effect of the practices complained of in paragraph eight above has been to deprive Verenice Arce of equal employment opportunities and to otherwise adversely affect her status as an applicant for employment because of her sex due to her pregnancy.

10.	The unlawful employment practices complained of in paragraph eight above were

intentional.

11. The unlawful employment practices complained of in paragraph eight above were done with malice or with reckless indifference to the federally protected rights of Verenice Arce.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining the Defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in pregnancy-based discriminatory hiring practices, or any other employment practice which discriminates on the basis of sex;

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for females, and which eradicate the effects of its past and present unlawful employment practices;

C. Order Defendant to make whole Verenice Arce, by providing appropriate back pay with prejudgment interest, in an amount to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, the right-place hiring of Verenice Arce, or front pay in lieu thereof;

D. Order Defendant to make whole Verenice Arce, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph eight above, including, but not limited to, relocation expenses, job search expenses, and medical expenses, in an amount to be determined at trial;

E. Order Defendant to make whole Verenice Arce, by providing compensation for past and future nonpecuniary losses resulting from the unlawful employment practices complained of in paragraph eight above, including, but not limited to, emotional pain, suffering,

inconvenience, loss of enjoyment of life, and humiliation, in an amount to be determined at trial;

F.  Order Defendant to pay Verenice Arce punitive damages for engaging in discriminatory practices with malice or reckless indifference to Ms. Arce' federally protected rights, as described in paragraph eight, above, in an amount to be determined at trial;

G.  Grant such further relief as the Court deems necessary and proper in the public interest; and

H.  Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

_____
ROBERT A. CANINO
Regional Attorney   w/ permission
Oklahoma State Bar No. 011782

_____
JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas State Bar No. 19708300
E-mail: judith.taylor@eeoc.gov

4

*[signature]*
EDWARD JUAREZ
Senior Trial Attorney
Texas Bar No. 24014498
E-mail: eduardo.juarez@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Antonio Field Office
5410 Fredericksburg Rd., Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7613
Facsimile: (210) 281-7669

ATTORNEYS FOR PLAINTIFF

5